IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARRYL WALKER,

           Plaintiff,

      v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

           Defendant.

No. CV 06-3086-MO

ORDER AWARDING EAJA
ATTORNEY FEES AND EXPENSES

**MOSMAN, J.,**

      IT IS HEREBY ORDERED that Plaintiff's Application for Fees Pursuant to the Equal Access to Justice Act (#33) is GRANTED, and attorney fees in the amount of $9,962.63 for 59.85 hours are awarded to plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 USC § 2412. Payment shall be to Tim Wilborn, attorney, on behalf of plaintiff.

      DATED this  19th  day of March, 2008.

                                /s/ Michael W. Mosman
                                MICHAEL W. MOSMAN
                                United States District Judge

PAGE 1 - ORDER AWARDING EAJA ATTORNEY FEES AND EXPENSES