WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 MAR 31 16:07USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DARRYL WALKER,**
       Plaintiff,

vs.

**COMMISSIONER of Social Security,**
       Defendant.

CV 06-3086-MO

ORDER

      Attorney fees in the amount of $14,828.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b).  The court finds this is a reasonable fee.  Previously, this court awarded $9,962.63, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Plaintiff's attorney may retain the larger of the two fees.

      DATED this 3( day of March , 2008.

                          United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1